NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**EASTMAN KODAK COMPANY,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP.,**
*Intervenors,*

AND

**APPLE INC.,**
*Intervenor.*

_____

2012-1588

_____

On appeal from the United States International Trade Commission in Investigation No. 337-TA-703.

_____

**ON MOTION**

_____

EASTMAN KODAK COMPANY V. ITC                                    2

# O R D E R

Eastman Kodak Company, International Trade Commission, Research In Motion Ltd., Research In Motion Corp., and Apple Inc. jointly move to voluntarily dismiss this appeal pursuant to Federal Rules of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss the appeal is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

(3)  All other pending motions are denied as moot.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27

Issued As A Mandate: February 15, 2013